UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LRP MUSHROOMS, INC. | : | |
| | : | Bankruptcy No. 09-18529 |
| Debtor | : | |
| _____ | | |
| LRP MUSHROOMS, INC. | : | |
| Plaintiff | : | |
| v. | | |
| | : | |
| JAMES FIENI and | | Adversary No. 10-0201 |
| GABRIEL FIENI, | : | |
| Defendants | : | |
| _____ | | |

..............................................

ORDER

..............................................

AND NOW, this 20th day of July 2010, for the reasons given in the accompanying statement, it is hereby ordered that the plaintiff's motion for a preliminary injunction is denied.

It is further ordered that a trial on the merits of this adversary proceeding, including the plaintiff's request for final injunctive relief, shall take place on September 20, 2010 at 2:00 p.m. in Bankruptcy Courtroom #2.

*Bruce Fox*
_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Albert A. Ciardi, III
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103

Michael R. Perna, Esq.
Perna & Abracht, LLC
610 Millers Hill
PO Box 96
Kennett Square, PA 19348

Michael H. Kaliner, Esq.
Jackson,Cook,Caracappa & Bloom
312 Oxford Valley Road
Fairless Hills, PA 19030